IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **03-377-MJR** |
| | ) |
| **ROSALINA GONZALES,** | ) |
| **MARGARET BRIAN, MS. PULLY,** | ) |
| **GUY PIERCE, PHILLIP MARTIN,** | ) |
| **and DONALD SNYDER, JR.,** | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**PROUD, Magistrate Judge:**

Before the Court is Plaintiff's Combined Motion for Protective Order(s) and Motion to Compel Production of Documents **(Doc. 52)** and Plaintiff's Combined Motions to the Court for Reconsideration Relief Concerning Defendant Dr. Gonzalez **(Doc. 56)**.

Plaintiff makes vague complaints about defendant Gonzalez' initial disclosures and her failure to answer the original complaint.

Plaintiff attached a copy of defendant's initial disclosures, which, on their face, appear to be sufficient. Plaintiff does not identify any specific deficiency with respect to the disclosures, so there is nothing presented for the Court to rule on.

Defendant has filed a motion to dismiss the second amended complaint, which is the operative complaint. **See, Doc. 73.** She is not required to file an answer to the original complaint, which has been superseded.

Plaintiff generally complains about Gonzalez' "undue delays/extensions." However, the

1

record does not reflect that defendant has been the cause of any undue delay.

Upon consideration and for good cause shown, Plaintiff's Combined Motion for Protective Order(s) and Motion to Compel Production of Documents **(Doc. 52)** and Plaintiff's Combined Motions to the Court for Reconsideration Relief Concerning Defendant Dr. Gonzalez **(Doc. 56)** are **DENIED** in all respects.

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**

2