# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. **03-377-MJR** |
| | ) |
| **ROSALINA GONZALES,** | ) |
| **MARGARET BRIAN, MS. PULLY,** | ) |
| **GUY PIERCE, PHILLIP MARTIN,** | ) |
| **and DONALD SNYDER, JR.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Consideration. **(Doc. 40)**.

The Court has given the motion the most liberal construction, but it is impossible to discern what relief the plaintiff is seeking.

Plaintiff's Motion for Consideration **(Doc. 40)** is **DENIED.**

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**