IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROSALINA GONZALES,** )<br>**MARGARET BRIAN, MS. PULLY,** )<br>**GUY PIERCE, PHILLIP MARTIN,** )<br>**and DONALD SNYDER, JR.,** )<br>)<br>Defendants. ) | Civil No. **03-377-MJR** |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Consideration. **(Doc. 47)**.

Although it is not entirely clear, plaintiff appears to be seeking leave to file his pleadings on the back of paper which has already been used. The Court understands that plaintiff has limited funds, and will accept such pleadings **so long as they are legible**.

Upon consideration and for good cause shown, plaintiff's Motion for Consideration **(Doc. 47)** is **GRANTED**; plaintiff is granted leave to file pleadings written on the back of used sheets of paper.

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

                                          s/ Clifford J. Proud
                                          **CLIFFORD J. PROUD**
                                          **UNITED STATES MAGISTRATE JUDGE**