IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID WILKERSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **03-377-MJR** |
| | ) | |
| **ROSALINA GONZALES,** | ) | |
| **MARGARET BRIAN, MS. PULLY,** | ) | |
| **GUY PIERCE, PHILLIP MARTIN,** | ) | |
| **and DONALD SNYDER, JR.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Combined Motion for Protective Order and Motion to Compel. **(Doc. 49)**. Defendants have filed a response, **Doc. 53.**

Plaintiff states that he served a first request for production, and that defendants' responses thereto are "unfair." Labeling defendants' responses to discovery requests as "unfair" does not place any issue before the Court for decision. The Court notes that defendants objected to Request number 2, which seeks copies of all of plaintiff's medical request slips, medical records, and all letters (presumably written by Plaintiff) to defendant Brian. Defendants objected that this request is overly burdensome and irrelevant. Defendants are correct. Plaintiff has been in the custody of the IDOC since 1994, according to his original complaint, and his complete medical records are no doubt voluminous and contain much material that is not relevant to the present litigation.

Plaintiff states that he served a second set of discovery requests, but had not received any

response.  Defendants state in their response that they served their responses on February 7, 2005, the day before plaintiff's motion was filed.

Plaintiff also complains that defendants did not serve initial disclosures.  Defendants acknowledge that they were late, but they did mail their disclosures on February 15, 2005.

Lastly, although the motion refers to a protective order, it presents to grounds for the entry of one.

Upon consideration and for good cause shown, plaintiff's Combined Motion for Protective Order and Motion to Compel **(Doc. 49)** is **DENIED** in all respects.

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**