IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **03-377-MJR** |
| **ROSALINA GONZALES, MARGARET BRIAN, MS. PULLY, GUY PIERCE, PHILLIP MARTIN, and DONALD SNYDER, JR.,** | ) |
| Defendants. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Consideration on Proceedings/Judgement. **(Doc. 54)**.

Plaitnff is seeking information regarding service on defendant Pully.

Plaintiff's Motion for Consideration on Proceedings/Judgement **(Doc. 54)** is **GRANTED** as follows:

Pully has not been served.  The IDOC has informed the Marshal's office that Pully is on active military duty and is expected to return no later than March 4, 2006.  Plaintiff should submit a Form USM-285 for Pully around her expected date of return.

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

                                           **s/ Clifford J. Proud**
                                           **CLIFFORD J. PROUD**
                                           **UNITED STATES MAGISTRATE JUDGE**