IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID WILKERSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-377-MJR** |
| ) | |
| **ROSALINA GONZALES,** ) | |
| **MARGARET BRIAN, MS. PULLY,** ) | |
| **GUY PIERCE, PHILLIP MARTIN,** ) | |
| **and DONALD SNYDER, JR.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motions Combined for Consideration to Response to Defendants' Response to Motion to Compel. **(Doc. 57)**.

Although plaintiff has titled this pleading as a "motion," it is really a reply to defendants' response to plaintiff's motion to compel.

In the future, it would be helpful if plaintiff would not use the title "motion for consideration." There really is no such motion under the Federal Rules of Civil Procedure. Instead, plaintiff should give his motion a title which specifically describes the relief he is asking for, for example, "motion to compel" or "motion for extension of time."

Plaintiff's Motions Combined for Consideration to Response to Defendants' Response to Motion to Compel **(Doc. 57)** is **DENIED.**

**IT IS SO ORDERED.**

**DATE:  July 29, 2005**.

                                         **s/ Clifford J. Proud**
                                         **CLIFFORD J. PROUD**
                                         **UNITED STATES MAGISTRATE JUDGE**